**FILED - GR**

May 14, 2026 10:49 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: ᴧ︣ / 5ᒷ⎵

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT C

for the

Western District of Michigan

**1:26-cv-1588**
**Paul Maloney - US District Judge**
**Phillip Green- Magistrate Judge**

## Southern Division

| | | |
|---|---|---|
| David Henry Syswerda | ) | Case No. |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ✔ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| See Attachments for Defendants | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | | |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | David Henry Syswerda |
| Street Address | 8070 N Asterwood Ct |
| City and County | Middleville  Barry |
| State and Zip Code | Michigan 49333 |
| Telephone Number | 616 437 7617 |
| E-mail Address | nail101@msn.com |

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Internal Revenue Service |
| Job or Title *(if known)* | Collect taxes for the United States Treasure |
| Street Address | 1111Costitution Ave. N.W. |
| City and County | Washington DC |
| State and Zip Code | Washington DC 20224 |
| Telephone Number | 202 622 5000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Scott Bessent |
| Job or Title *(if known)* | Secretary for the United States Treasury |
| Street Address | 1500 Pennsylvanis Ave. N. W. |
| City and County | Washington DC |
| State and Zip Code | Washington DC 20220 |
| Telephone Number | 202 622 0896 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Timothy R Wolner |
| Job or Title *(if known)* | Employee - Internal Revenue Service |
| Street Address | 388275 West Twelve m ile RD, STE 200 |
| City and County | Farmington Hills |
| State and Zip Code | Michigan 48331-3042 |
| Telephone Number | not known |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | C. Smith ID number 1000852462 |
| Job or Title *(if known)* | Employee- Internal Revenue Service |
| Street Address | 3971 S. REEARCH PARK DR. STE B |
| City and County | ANN ARBOR |
| State and Zip Code | Michigan 48108-2281 |
| Telephone Number | 734 669 7544 |
| E-mail Address *(if known)* | |

Defendant No. 5

John/Jane Doe  Internal Revenue Service Employee that Produced the 3 false letters that claimed Plaintiff filed 3 Form 1041 Tax returns and mailed them all the same day marked Exihibit A. (1), (2), (3) and (4)

Defendant No. 6.

John/Jane Doe  Internal Revenue Service Employee that produced the letter dated September 23-2024 marked Exhibit B. That lead to all the liens and charges related to the 2022  Tax Fraud being used against Plaintiff

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
U.S. Constitution Article 1 section 9, Clause 4
Title 26 U.S.C. Section 7701 Definitions. (a) When Used with this Title  (26). "trade or business".
Title 26 U.S.C. section 6331 LEVY  AND DISTRAINT (a) AUTHORITY OF THE SECRETARY.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)*             , is incorporated under

the laws of the State of *(name)*          , and has its

principal place of business in the State of *(name)*      .

Or is incorporated under the laws of *(foreign nation)*     ,

and has its principal place of business in *(name)*      .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See Attached Statement of Claims.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached Statement for relief for Damages caused by each Defendant.

Pro Se ( rev.12/16 ) Complaint for a civil Case

---

Attachment to part III.

STATEMENT OF CLAIM

Includes 16 Exhibits. A. (1.), (2.),(3.) ,(4.), B., C., D., E., F., G., H., I., J., K., L.,and M.

Defendant No. 1.

INTERNAL REVENUE SERVICE

The Internal Revenue Service is claiming the Plaintiff is operating a public office by definition of a "trade or business" per Title 26 sec. 7701(a)(26).
This Defendant creates false tax liability using this false claim.

Plaintiff has no tax liability for any years from 2014 to 2026.
Plaintiff is operating a private enter-prize and all payments received are private, non-reportable, (see Exhibit C.).
The proof of that statement is seen on Plaintiffs Social Security Statement earnings record. Years 2016 to 2022. Seven years went by with the Defendant processing Plaintiff's Form 1040s as submitted, acknowledging the corrected form MISC- 1099 documents submitted with form 1040s which can be seen on Exhibit D.

Then a few days after September 23, 2024 the letter from this Defendant, marked Exhibit B. came in the mail, stating the following, "We are proposing changes to your Form 1040 tax return. This is not a bill." This letter had no contact name. No signature. The letter included the exact same information that was on the Form MISC-1099 Plaintiff had rebutted, seen on Exhibit E. Not new information, but the same information that was rebutted on 6-24-2023. The document marked Exhibit C. shows why this erroneous claim of taxable payments was rebutted, the payments were not from a "trade or business" profits and gains, but from private payments which are not reportable. The data from a Form MISC-1099 is not a "tax assessment" but is only reporting from a third party which is subject to erroneous assumption of taxable payments which is proven by the Defendants actions of processing these corrected Form MISC 1099s of Plaintiffs Form 1040 filings for years 2016 to 2022.

By the actions of the Internal Revenue Service "changing" Plaintiffs Form 1040 returns, is by definition, claiming the Plaintiff is operating a Title 26 U.S.C. sec 7701(a) (26) trade or business. This is the basis for all the unpaid tax liability the Internal Revenue Service is claiming the Plaintiff owes. This fraud is the basis for all liens and levies this Defendant placed Plaintiffs bank accounts and home residence. By changing Plaintiffs return documents, which had attached sworn statements attesting to the truthfulness to the documents under penalty of perjury, which clearly show $0.00 tax owed, to showing a tax liability unpaid, is pure Fraud being used against the Plaintiff.

The Internal Revenue Service does not train their employees to operate within the Laws and Statutes in the collection of taxes, but allows them to operate mainly outside the jurisdiction of these perimeters.

The Internal Revenue Service claims Plaintiff filed 3 Form 1041 returns which resulted in $20,000.00 in charges then compounded many times over and over with more and more charges. Plaintiff did not file Form 1041 returns and has not ever seen a Form 1041 document to this very date. See Exhibit A. (1.) THRU (4.)

The Internal Revenue Service used these false claims of unpaid tax liabilities to have the State Department revoke/block renewal of Plaintiffs Passport blocking Plaintiffs freedom to travel abroad. This Defendant has hacked into Plaintiffs personal home router, changed the password, and left the name as the administrator of the device as " INTERNAL REVENUE SERVICE". Plaintiff discovered this when doing a factory reset to recover the password.

These actions have caused irreparable damages to the Plaintiff, gross violations of the Constitution and Supreme Court rulings and unless severe consequences are brought against this Defendant , this Defendant will just continue unchecked ,


Defendant No. 2.

Scott Bessent,  Secretary of the United States Treasury.

By this Defendant's actions, directly and indirectly, claiming the Plaintiff, is a  U.S.C. sec. 7701(a) (26) "trade or business" operation, which means the Plaintiff is running the performance of the functions of a public office, and liable for the tax, is fraud being committed by the highest officer of the Treasury Department.
By this Defendant's actions, directly and indirectly, claiming the Plaintiff is a  U.S.C. sec. 6331(a), Government connected person , by definition of this code section, within the scope of Levy and Distraint, is outright fraud.
That code sec. 6331(a), is the Authority the Secretary does have, per the definition of this code, and applies to  all levy and distraint codes named on the 6 liens that are now placed on Plaintiffs property. Plaintiff is in not of the class of persons named in any of the statues named on these liens.

Title 26 sec. 6020(a) and sec. 6020(b) are the lawful pathways for this Defendant to execute a return to make a tax assessment of his own, and it must be subscribed to be prima facie good and sufficient for all legal purposes. Without this legal tax assessment, no jurisdiction exists, and this Defendant by his office as Secretary of the United States Treasury is authorizing his agents to take Plaintiffs property. The very reason the law requires a signature of the tax assessment procedure named above is to prevent the frivolous actions being used against the Plaintiff by this Defendant and also each one of the other Defendants named in this Suit.  Not one of the Defendants in this case, have a legal tax assessment to support their actions.

The damage to Plaintiff's reputation will never be repaired.
The loss of ability to operate the affairs of life , without ones property and banking functions is very hard. The breach of the Constitutional limit forbidding a direct tax and the misuse of the Title 26 Statues are very serious offenses. The stress of being put in front of the entire community and family with such shame is unspeakable.  Plaintiff has written Scott Bessent over 7, certified mail, letters now, with all the information explaining in detail the actions of his down line agents, and have not received a single reply back. This Defendant knows full well Plaintiff is not liable for the income tax, and is not a Government connected person.   Stealing Plaintiff's Social Security payments, which are exempted of

levy, is blatant fraud, and even this Court should realize. Bringing suit is Plaintiffs last option remaining.

This Defendant is now fully liable for the harm and damage to the Plaintiff named in this suit, because Plaintiff has made him fully aware of all these wrongful actions of fraudulent tax collection crimes via proof of service by certified mail.

Defendant No. 3

Timothy R. Wolner

Using the false data from the Internal Revenue data bases and other agents, equipped with a fraudulent lien, went into Plaintiffs bank and wipe out all the funds which were entirety Social Security Funds, exempted of levy.  This agent was supplied with all the information of Plaintiffs Form MISC-1099 documents and code sections named above, but went and removed banks funds anyway, see Exhibits F.,G.,H. and I.

It is the responsibility of a collections agent to know the law before  taking actions against a person. This Defendant boldly stole Plaintiff's funds under color of law, acting outside the Law.

Defendant No.4

C. Smith, Internal Revenue Service  Employee, number 1000852462

Plaintiff sent this agent/ Defendant a detailed letter via certified mail, with enclosures, clearly showing the Form MISC-1099  he was claiming as a tax liability, was not a U.S.C. sec. 7701 (a) (26)  "trade or business", and Plaintiff was not operating the performance of the function of a public office, and those payments that the Internal Revenue Service claimed, was new information reported to them, shown on the Proposal letter date September 24-2023 {see Exhibit B.} was the same information that Plaintiff rebutted, seen on Exhibit E.  The Internal Revenue Service had processed the Form 1040 with attached Form MISC-1099 and shown the true results of these transactions to be $0.00 tax owing shown on Exhibit D.

This Defendant ignored every piece of evidence and placed 4 illegal liens bank accounts and home property.

See Exhibits I.,J.,K. and L.

Defendant No. 5

John/Jane Doe  Internal Revenue Service Employee that Produced the 3 Certified letters containing false claims stating Plaintiff  filed 3 Form 1041 Tax returns and mailed them all the same day marked Exhibit A. (1), (2), (3) and (4)  This Defendant changed the Plaintiff's last name to SYSWERRDS to hide these letters from the mainframe system search. The Computer system used by the Internal

Revenue Service would not allow a mis-spelled name with the same account number, so will intent to defraud is absolutely proven to be the truth in the Defendants actions.

Defendant No. 6.

John/Jane Doe  Internal Revenue Service Employee that produced the letter dated September 23, 2024, marked Exhibit B. This Defendant went into the records of the Internal Revenue Service and changed the recorded entry of $0.00 tax owing to applying the data from the Form MISC-1099 that had the erroneous claim the Plaintiff received payments from a 26 Title sec. 7701 (a) (26) "trade or business" which is a public office.  This Defendant created the tax liability out of thin air as openly seen on the Internal Revenue Service document dated September 23, 2024.  Then this Defendant had the Social Security Administration records changed also.
Plaintiff sent a letter to the Social Security Administration informing them of no changes would be allowed to the original record and Plaintiff had no taxable earnings for the year 2022 as they had already recorded.  This Agent/Defendant committed these fraudulent actions within 2 systems of official documents records.   These actions lead to all the liens and charges related to the 2022 Tax Fraud being used against Plaintiff.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case—related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _May 13, 2026_

Signature of Plaintiff    _David Henry Syswerda_

Printed Name of Plaintiff    _DAvid Henry Syswerda_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____