UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HENRY SYSWERDA,                )
      Plaintiff,                          )
                                     )        No. 1:26-cv-1588
v.                                   )
                                     )        Honorable Paul L. Maloney
INTERNAL REVENUE SERVICE, *ET AL.*,  )
      Defendants.                         )
                                        )

## JUDGMENT

In accordance with the order entered on this date, and pursuant to Fed. R. Civ. P. 58,

**JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 6, 2026                    /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge